# EXHIBIT E




Ling
Market Manager
Mobile:18988594160

**OCEAN AMUSEMENT MACHINE Co., Ltd.**

ZhongShan Factory
A d d : Ocean Building HaiJing Zone,ShiQi Dist,
ZhongShan,GuangDong,China.
T e l : +86-760-88661950
F a x : +86-760-88661960
After-sale: 15362936983
E-mail: Ocean6986@163.com

GuangZhou PanYu Office
A d d : G33&G35 Xing Li Building,
YingXin Road,PanYu
District,GuangZhou,China
T e l : +86-20-39106808
F a x : +86-20-39106809
Skype:OCEAN-Ling98
Http:// www.zs-ocean.com







**中山市碧海娱乐设备有限公司**
**OCEAN AMUSEMENT MACHINE Co., Ltd.**

## BH207 超级礼品机
## Super Prize Machine



重磅推出 新

玩法新颖
外观炫丽
机构稳定



Dimensions: W1720×D970×H1930mm
Weight: 200kg
Voltage: 110V/220V
Power: 250W

彩虹系列礼品机
一道亮丽的风景线

1. 投币开始游戏；
2. 控制摇杆，上下左右移动；
3. 对准目标后，按中间红色按钮，圆柱向前推，推中得奖；如没推中，游戏结束；
4. 精美礼品等你拿哦。

1. Insert coin(s) to start the game.
2. Hold the rod, and move it as needed.
3. Press the red button, and the pillar will be pushed forward, if the gift is hit by the pillar, you can get it; if not, game over.
4. There are plenty of gifts here. Come on!

电话(TEL): +86-760-88661950　　网址(Http): www.zs-ocean.com
传真(FAX): +86-760-88661960　　邮箱(E-mail): ocean6986@163.com
售后专线(Service NO.): +86-15362936983